UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WESTERN HERITAGE INSURANCE COMPANY,<br><br>                           Plaintiff,<br><br>   v.<br><br>SARBAT, INC., doing business as Blue Mountain Motel; and JACOB ALEXANDER,<br><br>                         Defendants. | NO: 2:18-CV-127-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE THE COURT** is Plaintiff's Notice of Voluntary Dismissal with Prejudice, ECF No. 2.  Having reviewed the Notice and the record, the Court finds good cause to approve dismissal of this matter.  Accordingly, **IT IS HEREBY ORDERED**:

   1. Plaintiff's Notice of Voluntary Dismissal with Prejudice, **ECF No. 2**, is

      **APPROVED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** May 18, 2018.

                                        *s/ Rosanna Malouf Peterson*
                                   ROSANNA MALOUF PETERSON
                                       United States District Judge